# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## SHAWN P. DENGLER
## AVIATION ELECTRICIAN'S MATE THIRD CLASS (E-4)
## U.S. NAVY

### NMCCA 201400064
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 5 November 2013.
**Military Judge:** CAPT Robert Blazewick, JAGC, USN.
**Convening Authority:** Commanding Officer, Fleet Readiness Center Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** LT C.M. Reintjes, JAGC, USN.
**For Appellant:** Maj Emmett S. Collazo, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

### 30 April 2014

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court